In the Matter of the Application of the Nassau County Railway Company for the Appointment of Commissioners to Determine whether its Railroad Ought to be Constructed in Sea Cliff Avenue in the 'Town of Oyster Bay, County of Nassau.— Motion to confirm the report of the commissioners granted.

James J. Long, Respondent, v. Herman H. Konenkamp, Appellant.— Final order of the Municipal Court affirmed, with costs. No opinion. All concurred.

In the Matter of the Application and Petition of William Brookfield, as Commissioner of Public Works of the City of New York, etc., Appellant, under Chapter 189 of the Laws of 1893, to Acquire Certain Real Estate, etc., for the Purpose of Providing for the Sanitary Protection of the Sources of the Water Supply of the City of New York.' (Muscoot Proceeding, Parcel No. 27.) Harriet B. Hanifin, Claimant, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Anna Brodersen, Respondent, v. New York and Queens County Railway Company, Appellant. Thomas Brodersen, Respondent, v. New York and Queens County Railway Company, Appellant.— Orders unanimously affirmed, with ten dollars costs and disbursements. No opinion.

John F. James and Another, Respondents, v. Marion P. Brookman, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.

John F. James and Another, Respondents, v. Marion P. Brookman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Clifford T. Strickland, Appellant, v. William Henry, Respondent.— Judgment and order affirmed, with costs, on authority of *Strickland* v. *Henry* (66 App. Div. 23). All concurred.

Andrew Turnbull, Appellant, v. The City of New York, Respondent. Jane Turnbull, Appellant, v. The City of New York, Respondent.— Orders modified by inserting a provision requiring the defendant to pay the costs of the trial and all disbursements in the action to date, together with the costs of this appeal, all to be paid within twenty days from the entry of this order. Otherwise, orders reversed and judgments unanimously directed to be entered on the verdicts, with costs and costs of this appeal. No opinion.

The People of the State of New York, Respondent, v. Susie Velsor, Appellant.— Order affirmed. No opinion. All concurred.

Lottie u. Bieling, Respondent, v. Carolina F. Stines, Individually and as Executrix, etc., of Christiana Elizabeth Ulrich, Deceased, and Others, Defendants, Impleaded with Elizabeth Sophia Yerk and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Michael Rhatigan, an Infant, by his Guardian ad Litem, Thomas Rhatigan, Respondent, v. Tillie Battalora, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Nicholas J. O'Connell, Respondent. v. Henry B. Rosenthal, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. All concurred.

The People of the State of New York, Respondent, v. John Z. Armstrong, Appellant. — Reargument ordered for Wednesday, June 11, 1902.

Mariana F. Esposito, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

James Joyce, Respondent, v. Robert McDowell, Appellant.— Judgment of the Municipal Court affirmed by default, with costs.

Thomas Cunan, Respondent, v. Salvator Casale and Nichola Carrano, Appellants.— Judgment of the Municipal Court affirmed by default, with costs.

David G. Leggett, Respondent, v. Alfred G. Schwarte, Appellant.— Judgment of the Municipal Court affirmed by default, with costs.

Nassau Brewing Company, Respondent, v. Henry Ruehl and George Ruehl, Appellants. —Judgment of the Municipal Court affirmed by default, with costs.

Joseph Chiseling, Respondent, v. Michael T. Forbes, Appellant.— Judgment of the Municipal Court affirmed by default, with costs.

The Snedden-Tallman Company, Appellant, v. Fanny Hollander, Respondent. The Snedden-Tallman Company, Appellant, v. Fanny Hollander, Respondent. — Judgment reversed on argument, without costs, on the ground that the record contains no decision. Appeal from order amending judgment dismissed on argument, without costs. All concurred.

Alfred Mussinan, Appellant, v. Willner Wood Company, Respondent.— This order may be resettled before Mr. Justice Woodward on Friday next (June thirteenth) at ten o'clock A. M.

Amanda E. Cox, as Administratrix, etc., of Amanda F. Howard, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Louis Goldstein, an Infant over Fourteen Years of Age, by Franklin Taylor, his Guardian ad Litem, Respondent, v. New York University, Appellant.— Appeal transferred to the first department.

Gregario di Lorenzo, Appellant, v. Johanna di Lorenzo, Respondent.— Motion denied.

Edward G. Montesi, Plaintiff, v. The Star Company, Defendant.— Motion denied.

Alfred Bornman, Plaintiff, v. The Star Company, Defendant.— Motion denied.

Mary Hart, as Administratrix, etc., of Daniel Hart, Deceased, Respondent, v. Brooklyn Union Elevated Railroad Company, Appellant.— Motion denied.

In the Matter of the Petition of the Brooklyn Bar Association to Punish Charles Bienenfeld, an Attorney.— Reference ordered to Henry M. Dater, Esq.

Benjamin Ramell, Respondent, v. John Duffy, as Treasurer, etc., Appellant.— Appeal dismissed, with ten dollars costs.

The People of the State of New York, Respondent, v. John J. Hartley, Appellant.— Judgment of conviction affirmed. No opinion. All concurred.

The People of the State of New York, Respondent, v. John R. Skelton, Appellant.— Judgment of the County Court of Orange county affirmed. No opinion. All concurred.

In the Matter of Proving a Paper Purporting to be the Last Will and Testament of Hiram Brown, Deceased. Cary M. Brown, Contestant, Appellant; Francis J. Brown, the Executor Named in the Last Will and Testament of Hiram Brown, Deceased, Respondent.— Decree of the Surrogate's Court of Putnam county affirmed, with costs. No opinion. All concurred.

Phebe H. Sayres (for the Benefit of Grace E. McTernan), Respondent, v. The City of New York, Appellant, and Gerardo Nocero, Defendant.— Judgment affirmed, with costs. No opinion. All concurred.

In the Matter of the Settlement of the Account of William B. Davenport, Public Ad-